LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff
JAMES SANFORD

THOMAS S. KNOX, SBN 73384
ANGELA SCHRIMP de la VERGNE, SBN 166521
KNOX, LEMMON AND ANAPOLSKY, LLP
One Capitol Mall, Suite 700
Sacramento, CA 95814
Telephone: (916) 498-9911
Facsimile: (916) 498-9991

Attorneys for Defendant
ROBERT J. GLYER as
Trustee of the GLYER TRUST

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD, | CIV.S 05-1473 LKK KJM |
| Plaintiff, | |
| vs. | **Stipulation to Continue the Status Conference and Order** |
| GENUINE PARTS COMPANY; ROBERT J. GLYER Trustee of the GLYER TRUST, | Date:  September 19, 2005<br>Time:  10:30 a.m.<br>Ctrm:  4 |
| Defendant. | |

**Sanford v. Napa Auto Parts, et al., CIV.S 05-1473 LKK KJM**
**Stipulation to Continue the Status Conference**
Page 1

1  It is hereby stipulated by and between plaintiff, James Sanford ("plaintiff"), and defendant, Robert J. Glyer, Trustee of the Glyer Trust ("defendant") and their respective counsel, that the date for the status conference be continued for thirty (30) days.

The parties make this request due to the fact that defendant, Genuine Parts Company, has not yet appeared in this action. Defendant was served on August 30, 2005 and its responsive pleading is due on or before September 19, 2005, the day the status conference is currently scheduled.

Additionally, the parties are attempting to engage in settlement negotiations and feel it would be counter productive to hold a status conference without all the necessary parties.

Plaintiff anticipates that all parties will have appeared and be prepared to participate in the continued status conference.

Dated: September ___, 2005     LAW OFFICES OF LYNN HUBBARD


/signature on original
LYNN HUBBARD, III
Attorney for Plaintiff
JAMES SANFORD

Dated: September _, 2005     KNOX, LEMMON AND ANAPOLSKY LLP


/signature on original
ANGELA SCHRIMP de la VERGNE
Attorney for Defendant
ROBERT J. GLYER as
Trustee of the GLYER TRUST

Sanford v. Napa Auto Parts, et al., CIV.S 05-1473 LKK KJM
Stipulation to Continue the Status Conference
Page 2

1 **ORDER**

2
3 **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**

4 that the Status Conference is to October 24, 2005 at 3:00 p.m.

5
6 Dated: September 12, 2005          /s/Lawrence K. Karlton
                                     Lawrence K. Karlton
7                                    Senior Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Sanford v. Napa Auto Parts, et al., CIV.S 05-1473 LKK KJM
Stipulation to Continue the Status Conference
Page 3